UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

**APPLE INC.**

    Plaintiff,

v.

**NICHOLAS WOODHAMS**,

    Defendant.

Case No.: 1:08-cv-0597

Honorable Janet T. Neff
U.S. District Judge

_____/

| | |
|---|---|
| Larry J. Saylor (P28165) | Randall S. Levine (P30672) |
| Matthew F. Leitman (P48999) | Levine & Levine |
| Kurt P. McCamman (P51477) | 427 S Burdick Street |
| Miller, Canfield, Paddock and Stone, PLC | Kalamazoo, Michigan  49007 |
| 277 South Rose Street, Suite 5000 | Telephone: (269) 382-0444 |
| Kalamazoo, Michigan 49007 | randalllevine@levine-levine.com |
| Telephone: (269) 381-7030 | *Attorney for Defendant* |
| saylor@millercanfield.com | |
| leitman@millercanfield.com | |
| mccamman@millercanfield.com | |
| *Attorneys for Plaintiff* | |

_____/

## STIPULATED ORDER TEMPORARILY STAYING ACTION IN LIGHT OF PARALLEL CRIMINAL INVESTIGATION

### STIPULATION

Plaintiff Apple Inc. and Defendant Nicholas Woodhams, through undersigned counsel, stipulate as follows:

Many of the primary allegations in the Complaint filed by Plaintiff Apple Inc. ("Apple") against Defendant Nicholas Woodhams substantially overlap with the subject matter of a current and ongoing criminal investigation of Woodhams being conducted under the auspices of the United States Attorney's Office for the Western District of Michigan (the "Investigation"). Given the pendency of the Investigation, the parties stipulate to the entry of a temporary stay of

all proceedings.  The parties agree that such a stay is an appropriate means of protecting and preserving Woodhams Fifth Amendment rights and his right to defend himself against Apple's allegations.  The parties stipulate to stay all proceedings in this action for 180 days and to re-visit at the expiration of this initial 180-day stay period whether there is a need to extend the stay further.

| | |
|---|---|
| s/Kurt P. McCamman | s/with consent Randall S. Levine |
| Kurt P. McCamman (P51477) | Randall S. Levine (P30672) |
| Miller, Canfield, Paddock and Stone, PLC | Levine & Levine |
| 277 South Rose Street, Suite 5000 | 427 S Burdick Street |
| Kalamazoo, Michigan 49007 | Kalamazoo, Michigan  49007 |
| Telephone:  (269) 381-5818 | Telephone: (269) 382-0444 |
| mccamman@millercanfield.com | randalllevine@levine-levine.com |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |

## ORDER

At a session of said Court, held in the Courthouse in Grand Rapids, Michigan on _____

PRESENT:    HONORABLE JANET T. NEFF

This matter having come before the Court on the Stipulation of the parties, IT IS HEREBY ORDERED THAT all proceedings in this action are stayed for a period of 180 days.  At the expiration of the 180-day period, the parties shall advise the Court if they wish to continue the stay, and the Court will rule on any request for an extension of the stay at that time.

Dated:_____

JANET T. NEFF
United States District Judge